UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MEDICUS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-205-CCS |
| | ) | |
| THE ERx GROUP, LLC, A TENNESSEE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 26].

For the reasons explained in the Memorandum Opinion filed contemporaneously with this Order, the Court hereby **GRANTS** the Plaintiff's Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) [**Doc. 16**]. Judgment is entered in favor of Medicus Insurance Company. The Clerk of Court is **DIRECTED** to close this matter.

IT IS SO ORDERED.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT